IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | § CRIMINAL ACTION NO. 4:14-CR-00180- |
| | § SDJ-BD |
| MICHAEL DUANE LEE (7) | § |
| | § |

### REPORT AND RECOMMENDATION
### OF UNITED STATES MAGISTRATE JUDGE

Now before the court is the request for revocation of Defendant Michael Duane Lee's ("Defendant") supervised release. After the District Judge referred the matter to this court for a report and recommendation, the court conducted a hearing on December 15, 2025, to determine whether Defendant violated his supervised release. Defendant was represented by Philip Ray. The Government was represented by Chalana Oliver.

Defendant was sentenced on December 20, 2016, before The Honorable Marcia A. Crone of the Eastern District of Texas after pleading guilty to the offense of Conspiracy to Possess with Intent to Distribute Methamphetamine, a Class A felony. This offense carried a statutory maximum imprisonment term of life. The guideline imprisonment range, based on a total offense level of 34 and a criminal history category of VI, was 262 to 327 months. Defendant was subsequently sentenced to 262 months imprisonment followed by a 5-year term of supervised release, subject to the standard conditions of release, plus special conditions to include financial disclosure, substance abuse testing and treatment, and a $100 special assessment. On February 22, 2017, his term of imprisonment was reduced to 200 months, and on October 30, 2017, the term of imprisonment was reduced to 126 months. On February 13, 2023, Defendant completed his period of imprisonment and began service of his supervision

term in the Eastern District of Texas, Plano Office. On June 6, 2023, this case was reassigned to The Honorable Sean D. Jordan, U.S. District Judge for the Eastern District of Texas. (Dkt. #410, Sealed).

On December 10, 2015, the United States Probation Officer executed the First Amended Petition for Warrant or Summons for Offender Under Supervision (Dkt.# 407, Sealed). The petition asserts that Defendant violated four (4) conditions of Supervision, as follows: (1) <u>Mandatory Condition</u>: Defendant must not commit another federal, state or local crime; (2) <u>Mandatory Condition</u>: Defendant must not unlawfully possess a controlled substance; (3) <u>Mandatory Condition</u>: Defendant must refrain from any unlawful use of a controlled substance; (4) <u>Standard Condition</u>: Defendant must not communicate or interact with someone Defendant knows is engaged in criminal activity. If Defendant knows someone has been convicted of a felony, Defendant must not knowingly communicate or interact with that person without first getting the permission of the probation officer. (Dkt. #407, Sealed).

The Petition alleged that Defendant committed the following acts:

(1) On April 11, 2024, the Grand Jury for the Eastern District of Texas, Sherman Division, returned a one count Indictment charging Defendant with Conspiracy to Possess with Intent to Distribute 500 Grams or More of Methamphetamine or 50 Grams or More of Methamphetamine (Actual), in violation of 21 U.S.C. §§ 846 and 841(a)(1) under Case No. 4:24CR00073-1. On December 5, 2025, Defendant was sentenced to 175 months imprisonment followed by a 5-year term of supervised release. This sentence is to run consecutively to any sentence which may be imposed in supervised release revocation in Case No. 4:14CR180-007, and parole violations in Case Nos. 2-07-686 and 2-07-687, 382nd Judicial District Court of Rockwall County, Texas; and Case No. 366-81701-01 in 366th Judicial District Court of Collin County, Texas.

(2) Allegation 2 in the petition arises from the same factual basis as Allegation 1;

(3) On May 30, as part of the random drug testing program, Defendant submitted a urinalysis which tested positive for amphetamine and methamphetamine, which was confirmed by the lab on June 4, 2023. On June 29, 2023, as part of the random drug testing program, Defendant submitted a urinalysis which tested positive for amphetamine and methamphetamine, which was confirmed by the lab on July 5, 2023. On August 23, 2023, as part of the random drug testing program, Defendant submitted a urinalysis which tested positive for marijuana, which was confirmed by the lab on August 27, 2023;

(4) Defendant, as part of his illicit drug distribution operation, communicated with multiple individuals engaged in criminal activity.

Prior to the Government putting on its case at the final revocation hearing, and after consenting to the undersigned's taking the plea, Defendant admitted as true the allegations as set forth in the Petition. Based upon Defendant's plea of true, the court finds Defendant did violate his conditions of supervised release as alleged in the U.S. Probation Office's Petition. Counsel announced that as part of the sentence he received in Case No. 4:14CR180-007, he would received a sentence of 25 months for the supervised release violation. The Court, having considered the agreement as well as the applicable U.S. Sentencing Commission Guidelines, agreed with the parties' proposed sentence and recommended the sentence be imposed as follows.

## **RECOMMENDATION**

Pursuant to the Sentencing Reform Act of 1984, the court recommends that Defendant's supervised release be revoked and that he be committed to the custody of the Bureau of Prisons to be imprisoned for an additional term of twenty five (25) months, with no term of supervised release to follow on this supervision violation. The imprisonment shall be served consecutively with the sentence Defendant received in Case No. 4:24CR00073-1.

The court further recommends that Defendant be housed in a Bureau of Prisons facility in Forrest City, Arkansas, if appropriate.

Defendant waived his right to allocute before the District Judge and his right to object to the report and recommendation of this court.

SIGNED this the 16th day of December, 2025.

_____
J. Boone Baxter
UNITED STATES MAGISTRATE JUDGE