# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | CRIMINAL ACTION NO. 4:14-CR-00180- |
| § | SDJ-BD |
| MICHAEL DUANE LEE  (7) § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the above-referenced criminal action, the Court having heretofore referred the request for the revocation of Defendant's supervised release to the United States Magistrate Judge for proper consideration. The Court has received the Report and Recommendation of the United States Magistrate Judge pursuant to its order. With Defendant having waived allocution before the Court as well as his right to object to the Report of the Magistrate Judge, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct.

It is therefore **ORDERED** that the Report and Recommendation of United States Magistrate Judge is **ADOPTED** as the opinion of the Court.

It is further **ORDERED** that Defendant's supervised release is hereby **REVOKED**.

It is further **ORDERED** that Defendant is sentenced to a term of imprisonment of twenty-five (25) months, to run consecutive to the sentence Defendant received in Case No. 4:24CR00073-1, with no term of supervised release to follow.  The Court recommends that Defendant be housed in a Bureau of Prisons facility in Forrest City, Arkansas, if appropriate.

**So ORDERED and SIGNED this 22nd day of December, 2025.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE